5:26CR00160
5/13/2026

Honorable Judge Adams,

I respectfully request a speedy trial. The indictment for this case was filed on April 1st, 2026 and I believe June 10th, 2026 will be 70 days.

Garrett Waters
defendant

FILED
MAY 22 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

RECEIVED
MAY 22 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON