Wilcox Grant
2240 Hubbard Rd
Youngstown, OH
44505

CLEVELAND OH 440
20 MAY 2026 PM 1 L




US District Court
Attn: Judge Adams
2 5 Main St
Akron, OH
44308

44308-187699