IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:26CR160 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| GRANT T. WILCOX, | ) | <u>MOTION TO FILE EXHIBIT UNDER SEAL</u> |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through the undersigned counsel and respectfully moves this Court for leave to file under seal one exhibit in support of the government's response to Defendant's Motion to Suppress Evidence. (ECF # 23: Motion, PageID 81-87).

The proposed exhibit, which is referenced in the government's response as Government Exhibit 1, is United States Postal Inspector Michael Adams' affidavit in support of the search warrant for Defendant's residence. The affidavit contains information regarding law enforcement investigative techniques and methods which would be inappropriate for public filing. Accordingly, the United States seeks permission to file the exhibit under seal.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Peter E. Daly

Peter E. Daly (OH: 0084745)
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0529
(330) 375-5492 (facsimile)
Peter.Daly@usdoj.gov